J-S52037-17

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
|---|---|---|
| | : | PENNSYLVANIA |
| Appellee | : | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL ANDREW KONETSCO | : | |
| | : | |
| Appellant | : | No. 2068 MDA 2016 |

Appeal from the Judgment of Sentence December 3, 2014
In the Court of Common Pleas of Cumberland County
Criminal Division at No(s): CP-21-CR-0000046-2014

BEFORE: GANTMAN, P.J., LAZARUS, J., and MUSMANNO, J.

MEMORANDUM BY GANTMAN, P.J.: **FILED SEPTEMBER 15, 2017**

Appellant, Michael Andrew Konetsco, appeals *nunc pro tunc* from the judgment of sentence entered in the Cumberland County Court of Common Pleas, following his jury trial conviction for one count of possession with the intent to deliver a controlled substance ("PWID").[1] We affirm.

In its opinion, the trial court accurately set forth the relevant facts and procedural history of this case. Therefore, we have no reason to restate them.

Appellant raises one issue for our review:

> WHETHER THE EVIDENCE WAS SUFFICIENT TO CONVICT
> FOR UNLAWFUL POSSESSION OF A CONTROLLED
> SUBSTANCE WITH INTENT TO DELIVER?

---

[1] 35 P.S. § 780-113(a)(30).

(Appellant's Brief at 3).

After a thorough review of the record, the briefs of the parties, the applicable law, and the well-reasoned opinion of the Honorable Christylee L. Peck, we conclude Appellant's issue merits no relief. The trial court opinion comprehensively discusses and properly disposes of the question presented. (*See* Trial Court Opinion, filed February 16, 2017, at 6-9) (finding: Appellant accepted delivery of FedEx package from Texas (considered "source state" for drugs) containing approximately one pound of marijuana; police officer, who was disguised as FedEx deliveryman, testified that Appellant said he had been waiting for package to arrive; following his arrest, Appellant initially told police he expected package to contain guacamole; when police officer pointed out that guacamole must be refrigerated, Appellant changed his story and said he expected to receive chocolate and toffee for his cheesecake business; Commonwealth presented evidence that Appellant had sent $4,100.00 money order to person in Texas several days earlier, which is more consistent with price of approximately one pound of marijuana; Commonwealth's expert testified amount of marijuana recovered from FedEx package is uncommon for personal use and is more commonly broken down for sale and delivery in smaller quantities; upon execution of search warrant, police seized from Appellant's home scale and numerous empty pill bottles missing labels, which are items consistent with sale and drug delivery; text messages in Appellant's phone also demonstrated narcotics trafficking;

evidence was sufficient to support Appellant's PWID conviction).

Accordingly, we affirm on the basis of the trial court's opinion.

Judgment of sentence affirmed.


Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary


Date: 9/15/2017